**Order entered July 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00126-CV

**SHEIK TEHUTI, Appellant**

**V.**

**TRANS-ATLAS FINANCIAL, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-06496-C**

## ORDER

Before the Court is appellant's June 20, 2014 "Judicial Notice" in which he asks this Court to grant him a default judgment. We **DENY** appellant's motion.

/s/    ADA BROWN
         JUSTICE